NO. 07-11-0447-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 12, 2012
_____

KIRT MCDONALD A/K/A KIRT WAYNE MCDONALD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE COUNTY COURT OF POTTER COUNTY;

NO. 125606-P; HONORABLE ARTHUR WARE, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pursuant to a plea bargain, Appellant, Kirt McDonald a/k/a Kirt Wayne McDonald, was convicted of issuance of a bad check and punishment was assessed at a fine of $175.00. The *Trial Court's Certification of Defendant's Right of Appeal* reflects that Appellant's case is a plea bargain case and that he has no right of appeal. The certification notwithstanding, Appellant filed a *pro se* notice of appeal challenging his conviction.

By letter dated December 15, 2011, this Court notified Appellant of the consequences of the certification and invited him to either file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal on or before December 30, 2011.

Appellant timely filed a response seeking to challenge his conviction. His response, however, does not contradict the trial court's certification nor does it demonstrate grounds for continuing this appeal. Because Appellant has failed to file an amended certification reflecting a right of appeal and has not shown good cause for continuing this appeal, we have no alternative but to dismiss this appeal based on the certification signed by the trial court. *See* Tex. R. App. P. 25.2(d).

Patrick A. Pirtle
Justice

Do not publish.